## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LINDA SUE ALEXANDER**                                                  **PLAINTIFF**

**v.**                                  **Case No. 4:19-cv-00700-LPR**

**STRYKER CORP,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Pursuant to Orders previously filed,[1] it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims are dismissed WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 12th day of April 2021.

_____

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docs. 16, 50, and 62.